**Desiree C. NANETTE, Plaintiff—Appellant,**

v.

**John W. SNOW, Secretary, United States Department of the Treasury, Defendant—Appellee.**

**No. 04–2541.**

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 24, 2005.

Decided Sept. 22, 2005.

Jeffrey Lawrence Sheldon, The Sheldon Law Firm, Tampa, Florida, for Appellant. John Walter Sippel, Jr., Office of the United States Attorney, Baltimore, Maryland, for Appellee.

Before TRAXLER, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Desiree C. Nanette appeals the district court's order granting summary judgment to her former employer in her civil action alleging employment discrimination based upon claims of failure to accommodate her disability. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Nanette v. Snow,* No. CA–03–925–8–RWT (D.Md. Nov. 1, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*